IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM BAIRD,** | }<br>}<br>} |
| Plaintiff, | }<br>} |
| v. | }   CASE NO.:   2:10-cv-01522-RDP<br>} |
| **WALGREEN CO., INC.,** | }<br>} |
| Defendant. | } |

## MEMORANDUM OPINION

The Magistrate Judge filed a Report and Recommendation on December 13, 2011 (Doc. #16), recommending that Defendant's motion for summary judgment (Doc. #9) is due to be granted. On December 22, 2011, Plaintiff filed objections to the Report and Recommendation (Doc. #17). The court will treat such filing as a motion, or, in the alternative, as interposing objections to the Magistrate Judge's Report and Recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by Defendant, the court is of the opinion that the Magistrate Judge's findings are due to be and are hereby **ADOPTED** and his Recommendation is **ACCEPTED**. To the extent that Plaintiff's filing of December 22, 2011 (Doc. #17) is construed as interposing objections to the Report and Recommendation, such objections are due to be and hereby are **OVERRULED**. To the extent that Plaintiff's filing of December 22, 2011 (Doc. #17) is construed as a motion, it is due to be and hereby is **DENIED**. As a result, Defendant's motion for summary judgment (Doc. #9) is **GRANTED**. A final judgment will be entered.

**DONE** and **ORDERED** this ___13th___ day of January, 2012.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE